UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY BUCHA,
o.b.o H.M., a Minor,
        Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,
        Defendant.
_____/

Case No. 1:15-cv-1174

HON. PAUL L. MALONEY

## JUDGMENT

In accordance with the Opinion entered this date:

IT IS HEREBY ORDERED that the Commissioner's decision is REVERSED and this matter is REMANDED under sentence four of 42 U.S.C. § 405(g). This matter is remanded for further proceedings, including but not necessarily limited to, review of Plaintiff's claim as an adolescent.

Dated:    September 22, 2016        /s/Paul L. Maloney
                                                                       PAUL L. MALONEY
                                                                       UNITED STATES DISTRICT JUDGE